**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case: 1:20-mc-00035
Assigned To : Unassigned
Assign. Date : 05/26/2020
Description: Misc.

In Re DMCA Subpoena to
Google LLC

Case No. _____

## REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO GOOGLE LLC PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS

Petitioner U.S. Chamber of Commerce Foundation ("USCCF"), by counsel,

hereby requests that the Clerk of this Court issue a subpoena to Google LLC to identify

the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act

("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena").  The proposed Section

512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Google LLC, a service

provider that provides network services to the owner(s) and user(s) of the email addresses

savesmallbusinessgrants@gmail.com and savessmallbuisness@gmail.com.  The owner(s)

and user(s) of the email addresses savesmallbusinessgrants@gmail.com and

savessmallbuisness@gmail.com have used Google LLC's services to infringe one or

more copyrights owned by USCCF.

USCCF has satisfied the requirements for issuance of a subpoena pursuant to 17

U.S.C. § 512(h):

(1)     USCCF has submitted a copy of the notification sent pursuant to 17

U.S.C. § 512(c)(3)(A) as Exhibit 1 to the attached Declaration of Ari Meltzer dated May

22, 2020 ("Meltzer Decl.").



RECEIVED

MAY 26 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

(2)     USCCF has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3)     USCCF, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting USCCF's rights under title 17 of the United States Code. *See* Meltzer Decl. ¶ 5.

Having complied with the statutory requirements, USCCF respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Google LLC.


May 26, 2020                    Respectfully submitted,

                                /s/ Attison L. Barnes, III /s/
                                Attison L. Barnes, III (Bar No. 427754)
                                WILEY REIN LLP
                                1776 K Street, NW
                                Washington, DC 20006
                                (202)719-7000 - phone
                                abarnes@wiley.law

                                *Counsel for U.S. Chamber of Commerce*
                                *Foundation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In Re DMCA Subpoena to
Google LLC

Case No. _____

## <u>DECLARATION OF ARI MELTZER</u>

I, Ari Meltzer, counsel for the U.S. Chamber of Commerce Foundation ("USCCF") in the above-reference matter, hereby declares as follows:

1.      I am a partner at Wiley Rein LLP and licensed to practice law in the State of Maryland and the District of Columbia.

2.      I am authorized to act on behalf of USCCF.

3.      I submit this declaration in support of USCCF's request for issuance to Google LLC of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to provide all subscriber data for the accounts associated with the email addresses savesmallbusinessgrants@gmail.com and savessmallbusiness@gmail.com to identify the owner and user of those accounts.

4.      Pursuant to 17 U.S.C. § 512(c)(3)(A), USCCF submitted a notification to Google LLC identifying the infringing content transmitted by the aforementioned users and providing the information required by 17 U.S.C. § 512(c)(3)(A).  A true and accurate copy of the submitted notification is attached hereto as Exhibit 1.

5.      The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used

for the purpose of protecting USCCF's rights under title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2020.

_____
Ari Meltzer

EXHIBIT 1

David E. Weslow
202.719.7525
dweslow@wiley.law

# wiley

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: 202.719.7000

**wiley.law**

May 26, 2020

**VIA E-MAIL**

Copyright Manager
Google LLC
1600 Amphitheater Parkway
Mountain View, CA 94043
dmca-agent@google.com

Re:     Notice of Infringement - savesmallbusiness@gmail.com and
        savesmallbusinessgrants@gmail.com

Dear Sir or Madam:

We are counsel to the U.S Chamber of Commerce Foundation (the "Chamber of Commerce Foundation"). This letter is a notification and request concerning the unauthorized use of The Chamber of Commerce Foundation's intellectual property on networks and services by Google.

On March 31, 2020, the Chamber of Commerce Foundation filed a U.S. federal trademark application for SAVE SMALL BUSINESS (U.S. Serial No. 88854008) in association with providing financial assistance programs and services for small businesses hurt by the COVID-19 pandemic. The Chamber of Commerce Foundation's SAVE SMALL BUSINESS initiative was announced publicly on April 14, 2020 and the Foundation uses the domain name savesmallbusiness.com to receive applications for grants. The Chamber of Commerce Foundation and its related organizations own all rights in the copyright protected content of the SAVE SMALL BUSINESS website.

It has been brought to the Chamber of Commerce Foundation's attention the owner(s) of the Google accounts savesmallbusiness@gmail.com and savesmallbusinessgrants@gmail.com have been using the accounts to impersonate the Chamber of Commerce Foundation by sending emails including unauthorized copies of the Chamber of Commerce Foundation's copyright protected content in an attempt to fraudulently solicit confidential information from unsuspecting consumers.

We are formally notifying you of savesmallbusiness@gmail.com and savesmallbusinessgrants@gmail.com's misconduct and requesting that you deny further hosting, caching, email and/or related services to the owner/operator of savesmallbusiness@gmail.com and savesmallbusinessgrants@gmail.com pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512. With express notice that a customer is misusing your services to conduct activities in violation of the law, and presumably in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny services for savesmallbusiness@gmail.com and savesmallbusinessgrants@gmail.com.

Copyright Manager
Google LLC
May 26, 2020
Page 2


I have a good faith belief that use of the Chamber of Commerce Foundation's copyright protected material in the manner complained of is not authorized by the copyright owner, its agent, or the law.  To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of The Chamber of Commerce Foundation, owner of the infringed exclusive rights described above.

If you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely yours,

David E. Weslow